UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PRIMERICA LIFE INSURANCE
COMPANY,

               Plaintiff                       Case No. 1:21-cv-00705-LEK-DJS

v.

SANDRA ELLA WILLIAMSON,
TONYA DAY-JEFFERSON,
SHAREE H. FITZGERALD, and
BRITTANY HUBBARD,

               Defendants

_____

## **ORDER**

Upon Joint Motion for Interpleader Relief, and the Court having considered the application of the parties and counsel, and for good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

(1)    Within twenty-one (21) days of entry of this Order, Primerica Life Insurance Company ("Primerica Life") shall distribute to the Clerk of Court a check equal to the sum of $150,000.00, representing the Death Benefit due as a result of the death of Warren A. Jefferson pursuant to life insurance policy number 0430744217 (the "Policy"), plus applicable interest;

(2)    Upon receipt of said funds, the Clerk shall deposit the proceeds into an interest-bearing account pending further direction from the Court;

(3)    Upon distribution of the Death Benefit, Primerica Life shall be and hereby is discharged from any and all liability to the Defendants and all claims against Primerica Life relating to, or in any way arising out of or in connection with the Death Benefit and/or the Policy shall be and hereby are dismissed with prejudice;

(4)     Each of the Defendants is hereby permanently enjoined from instituting or prosecuting any claims or actions against Primerica Life in any forum seeking payment of the Death Benefit and/or otherwise in connection with the Policy;

(5)     Each of the Defendants does hereby release, remise, and forever disclaim all claims, rights, interests and actions that such Defendant might otherwise have held against Primerica Life and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, relating to, or arising out of or in connection  with the Death Benefit and/or the Policy; and

(6)     Primerica Life is hereby dismissed from this action, with prejudice, without fees or costs to any party.

IT IS SO ORDERED this  08   day of  December        , 2021.

Lawrence E. Kahn
Senior U.S. District Judge